# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ERNEST KETTER, | ) |
| aka Shakedown, | ) |
| Defendant. | ) |
| | ) |
| | ) |

**COURT MINUTES - CRIMINAL**

| | |
|---|---|
| Case No: | 23-cr-160 (32) (NEB/JFD) |
| Date: | April 30, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 13W |
| Court Reporter: | Renee Rogge |
| Time Commenced: | 10:20 a.m. |
| Time Concluded: | 11:05 a.m. |
| Time in Court: | 45 minutes |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

For Plaintiff: Brian Lynch and Albania Concepcion, Assistant U.S. Attorneys
For Defendant: Jill Brisbois, CJA Appointed Attorney

☒ **Sentencing.**
☒ **Objections to the PSR addressed on the record.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Verdict | BOP | SR |
|---|---|---|---|
| 3ss | X | 95 months | 3 years |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $100.00 due immediately.
☒ Restricted and sealed filings at ECF Nos 2752-2753 and 2755 shall be sealed or restricted for 10 years (4/30/36).
☒ Defendant was acquitted on Count 1ss and the count should be dismissed.
☒ The Government shall file an amended position paper and Probation shall amend the PSR as stated on the record.
☒ Defendant is remanded to the custody of the USM.

Date: April 30, 2026

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel